IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON MYERS and JOHN PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO. and GALLAGHER BASSETT SERVICES, INC.,<br><br>Defendants. | Case No.: 1:21-cv-04056 |
| TRACEY BOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO. and GALLAGHER BASSETT SERVICES, INC.,<br><br>Defendants. | Case No.: 1:21-cv-04415 |

**ORDER GRANTING MOTION TO CONSOLIDATE ACTIONS
AND SET SCHEDULING DEADLINES**

The Plaintiffs in two related cases (collectively, "Plaintiffs") — *Myers, et al. v. Arthur J. Gallagher & Co., et al.*, Case No. 1:21-cv-04056 (the "Myers Action"), filed July 29, 2021, and pending before this Court; and *Bock v. Arthur J. Gallagher & Co., et al.*, Case No. 1:21-cv-04415 (the "Bock Action"), filed August 18, 2021, and also pending before this Court (collectively, the "Related Actions")—by and through their undersigned counsel, have moved the Court to consolidate the Related Actions, as well as any subsequently filed or transferred related actions,

1

for all purposes, including pretrial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a) ("Rule 42(a)"). For the reasons set forth in Plaintiffs' motion, to ensure consistent and efficient adjudications in this Court, and for other good cause shown, the Court hereby **GRANTS** the motion to consolidate, and issues the following orders:

1. The *Myers* and *Bock* actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, shall be consolidated for pre-trial purposes pursuant to Rule 42(a) (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No.: 1:21-cv-04056, the number assigned to the first-filed case, and shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| IN RE ARTHUR J. GALLAGHER DATA BREACH LITIGATION<br><br>This Document Relates To: | Master File No. 1:21-cv-04056<br><br>Consolidated with No. 1:21-cv-04415 |
|---|---|

3. The case file for the Consolidated Action will be maintained under Master File No. 1:21-cv-04056. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "No. 1:21-cv-04415 (Bock)".

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate file for such action;

    b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. Direct that this Order be served upon Defendant(s) in the new case; and

    d. Make appropriate entry in the Master Docket.

6. Plaintiffs shall file a Consolidated Amended Complaint no later than thirty (30) days following the entry of an order appointing interim class counsel or other designated counsel.

7. Any response to the Consolidated Amended Complaint shall be due within thirty (30) days from the filing of the Consolidated Amended Complaint. All prior response deadlines are vacated. Should Defendants intend to file one or more motions to dismiss, the Parties will comply with all applicable Local Rules with the following clarifications and/or adjustments:

    a. Any opposition to a motion to dismiss shall be filed and served within thirty (30) days of the filing of the motion to dismiss; and

    b. Any reply brief shall be filed and served within fourteen (14) days of the opposition.

**IT IS SO ORDERED:**

DATED: August 26, 2021

_____
UNITED STATES DISTRICT COURT JUDGE