**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IN RE: ARTHUR J. GALLAGHER DATA BREACH LITIGATION

The Honorable Mary M. Rowland is currently assigned *Myers et al v. Arthur J. Gallagher & Co. et al.,* 21-cv-04056 and Magistrate Judge Gilbert as the designated magistrate judge. The parties previously filed an unopposed Motion to reassign and consolidate related cases pursuant to Local Rule 40.4 and Fed. R. Civ. P. 42(a); and

Honorable Mary M. Rowland has granted the motion in Order [16] agreeing that all related cases should be consolidated. The Executive Committee has reviewed the unopposed motion [13] and order [16]; therefore

For case effective management procedures, it is hereby ORDERED that the Clerk of Court open a new civil case and caption the case: IN RE: ARTHUR J. GALLAGHER DATA BREACH LITIGATION; and

It is further ordered that the cases previously identified by the Honorable Mary M. Rowland as related 21-cv-04056, *Myers et al v. Arthur J. Gallagher & Co. et al,* 21-cv-04415, *Bock v. Gallagher Bassett Services, Inc. et al,* 21-cv-04554, *Villalobos v. Arthur J. Gallagher & Co.,* 21-cv-05851, *May v. Arthur J. Gallagher & Co.,* shall be assigned to Judge Rowland and Judge Gilbert as the magistrate judge, and all other pending and future actions arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, shall be reassigned to Judge Rowland and Magistrate Judge Gilbert designated as a related case; and

It is further ordered that the Clerk of Court shall open a new civil case (22-cv-137, IN RE: ARTHUR J. GALLAGHER DATA BREACH LITIGATION) under which all future filings related to this matter shall be filed; and

It is further ordered that the Clerk shall docket a copy of this order in all referenced cases. The underlying cases shall remain open until disposition. Judge Rowland shall enter a case management order to direct parties on future filing procedures in light of this Order.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 10th day of January, 2022